# CASE ANNOUNCEMENTS

*December 17, 2010*

[Cite as *12/17/2010 Case Announcements*, 2010-Ohio-6205.]

## MOTION AND PROCEDURAL RULINGS

2010–0576.  **State v. Mammone.**
Stark C.P. No. 2009–CR–0859. This cause is pending before the court as an appeal from the Court of Common Pleas of Stark County. Upon consideration of appellant's motion to supplement the record,
It is ordered by the court that the motion is granted.
It is further ordered that the clerk of courts for Stark County shall supplement the record with the juror questionnaires within ten days of the date of this entry.

2010–1705.  **In re All Cases Against Sager Corp.**
Cuyahoga App. No. 93567, 188 Ohio App.3d 796, 2010-Ohio-3872. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of the motions for admission pro hac vice of Patrick F. Hofer by Bruce P. Mandel and of Mark A. Behrens and Cary Silverman by Victor E. Schwartz,
It is ordered by the court that the motions are granted.

2010–1732.  **Hoover v. Norfolk S. Ry. Co.**
Cuyahoga App. Nos. 93479 and 93689, 2010-Ohio-2894. This cause is pending before the court as a discretionary appeal. Upon consideration of the motion for admission pro hac vice of Michael L. Torcello by Christopher M. Murphy,
It is ordered by the court that the motion is granted.